BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00087 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| VICTOR BARAJAS ARRIOLA, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Laurel J. Montoya and Kimberly A. Sanchez, Assistant U.S. Attorney and James Homola, attorney for Victor Arriola, and Katherine Hart attorney for Jesse Alarcon, that the status conference set for July 22, 2013 be continued to September 9, 2013 at 1:00 p.m.

On July 18, 2013, the Court ordered that the parties confer prior to Friday, July 20, 2013 regarding the defense discovery motion pending. On July 18, 2013, the parties conferred. The defense does not believe there are any discovery issues to put before the Court at this time. Since the last status conference, the government has provided supplemental discovery, has a series of disks with audio recordings received on July 18, 2013 that will be sent to the defense

1

1  in the near future, and is awaiting transcripts of calls recorded
2  during the investigation and will provide those to defense upon
3  receipt.  The defense does not see any additional items of discovery
4  that are in dispute at this time.  The defense needs time to review
5  discovery and conduct any further investigation necessary, as well as
6  to engage in further plea negotiations with the government.

7       The parties further request the Court to enter an Order finding
8  that the "ends of justice" served by a continuance outweigh the
9  interest of the public and the defendant in a speedy trial, and that
10 the delay occasioned by such continuance is excluded from the Act's
11 time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: July 19, 2013                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                   By   /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

                                        /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: July 19, 2013                    /s/ James Homola
                                        JAMES HOMOLA
                                        Attorney for Victor Arriola

Dated: July 19, 2013                    /s/ Katherine Hart
                                        KATHERINE HART
                                        Attorney for Jesse Alarcon


     IT IS SO ORDERED.

Dated:   July 18, 2013             /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE